AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ALTO VELO, LLC <br><br> *Plaintiff(s)* <br> v. <br> ALTO VELO RACING CLUB <br><br> *Defendant(s)* | Civil Action No. 8:15 cv 2333T 17 AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALTO VELO RACING CLUB
c/o Service Agent JEFFREY L. FILLERUP
ONE MARKET PLAZA SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HOSEA M. HORNEMAN, ESQUIRE
MICHAEL J. BELLE, P.A.
2364 FRUITVILLE RD
SARASOTA, FL 34237

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 2 2015